1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL GEORGE BETTASSO,              Case No. 5:21-cv-01925-FWS-SHK

12                       Petitioner,

13              v.                         **JUDGMENT**

14   RICK HILL, Acting Warden,

15                       Respondent.

16

17

18       Pursuant to the Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20       **IT IS HEREBY ADJUDGED** that this action is **DISMISSED WITH**

21   **PREJUDICE**.

22
        **IT IS SO ORDERED**.
23

24

25
     Dated:  September 19, 2023        _____
26
                                       Hon. Fred W. Slaughter
27                                     UNITED STATES DISTRICT JUDGE

28